UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROGER R. YORK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:05-CV-34 |
| | ) (VARLAN/SHIRLEY) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge C. Clifford Shirley, Jr., on August 19, 2005 [Doc. 17]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Magistrate Judge Shirley found that the Commissioner's decision that the plaintiff is not disabled is supported by substantial evidence in the record as a whole and recommended that plaintiff's motion for summary judgment be denied and that defendant Commissioner's motion for summary judgment be granted.

The Court has carefully reviewed this matter, including the underlying pleadings [Docs. 11, 12, 15, 16]. The Court is in agreement with Magistrate Judge Shirley's recommendation which the Court adopts and incorporates into its ruling. The plaintiff's

motion for summary judgment [Doc. 11] is **DENIED** and the defendant's motion for summary judgment [Doc. 15] is **GRANTED**. The Court **ACCEPTS IN WHOLE** the Report and Recommendation and this case is hereby **DISMISSED**.

IT IS SO ORDERED.

                                                        s/ Thomas A. Varlan
                                                        UNITED STATES DISTRICT JUDGE